Dismissed and Memorandum Opinion filed January 21, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00514-CV

NO. 14-09-00515-CV

____________

 

SYLVIA evelyn LUNA a/k/a silvia evelyn viva and HECTOR ADAME, Appellants

 

V.

 

TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, Appellee

 



On Appeal from the
314th District Court

Harris County,
Texas

Trial Court Cause
Nos. 2006-06358J & 2007-11109J



 

M E M O R
A N D U M   O P I N I O N

These are
appeals from judgments terminating parental rights signed May 21, 2009. On January
13, 2010, appellants filed a motion to dismiss the appeals. See Tex. R.
App. P. 42.1. The motion is
granted.

Accordingly,
the appeals are ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Anderson and Christopher.